**IT IS ORDERED as set forth below:**

**Date: September 8, 2023**



_____
**Wendy L. Hagenau**
U.S. Bankruptcy Court Judge

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br>**Reginald Lawrence Christian,**<br>     Debtor. | CHAPTER 13<br>CASE NO.: 18-68718-wlh |
| | |
| **U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association,**<br>                         Movant,<br>v.<br>**Reginald Lawrence Christian,**<br>     Debtor,<br>**Alisa King,**<br>     Co-Debtor,<br>**Nancy J. Whaley,**<br>     Trustee,<br>                         Respondents. | **CONTESTED MATTER** |

**CONSENT ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO DEBTOR STAY**

This matter comes before the Court on the *Motion for Relief from Automatic Stay and Co-Debtor Stay* (the "Motion") filed by U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S.

Bank Trust National Association, its successors and assigns, on November 15, 2022, and having been scheduled for a hearing on February 8, 2023, regarding real property now or formerly known as 7812 Bell Tower Lane, Fairburn, Georgia 30213 (the "Property").  At the call of the calendar, Movant announced that the parties have reached a Consent Order.

The parties herein are in agreement that the post-petition mortgage arrearage owed to Movant as of May 30, 2023 is $8,667.59.  This figure is comprised of the six (6) missed monthly payments for December 1, 2022 through May 1, 2023 in the amount of $1,463.20 each, minus $1,149.68 suspense, plus $1,038.00 for reasonable attorney's fees and costs.  Debtor will be required to cure the remaining arrearage of $8,667.59 by making payments to Movant in the amount of $963.07 for the next eight (8) consecutive months and a ninth (9th) payment in the amount of $963.03, to be tendered on or before the fifteenth (15th) day of each month beginning June 15, 2023. Payments should be made to:

**Selene Finance LP**
**Attn: BK Dept**
**3501 Olympus Blvd**
**5th Floor, Suite 500**
**Dallas, TX 75019**

The parties herein are further in agreement as follows:  Debtor shall be required, beginning June 1, 2023 to pay to Movant all future monthly mortgage payments when due according to the Deed and Note.  These mortgage payments as well as the payments necessary to cure the post-petition mortgage arrearage shall be governed by strict compliance terms outlined in the paragraph immediately following this paragraph and said terms shall remain in effect for a period of twelve (12) months beginning May 15, 2023.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

Movant's Motion in as to Debtor with respect to the Property is Denied and in as to Co-Debtor pursuant to 11 U.S.C. § 1301 with respect to the Property is Granted. It is

**FURTHER ORDERED** that upon failure by Debtor to make any of the future monthly mortgage payments to Movant when due according to the Deed and Note, the Automatic Stay may be modified as to the Property subject to the following conditions and allow Movant to proceed to foreclose or otherwise dispose of the Property or take action including exercising its state law remedies including, but not limited to, dispossessory proceedings, or to take any action which is necessary in order for Movant to recover upon its secured claim to the Property. It is

Upon failure by the Debtor to tender to Movant the above-stated funds as provided herein, Movant must send notice of default by first class mail to Debtor and Debtor's attorney at the address indicated on the attached distribution list. Debtor shall have fifteen (15) days from the mailing date of the default notice to cure the default in full. Upon failure by the Debtor to cure the default within fifteen (15) days of such notice, Movant may file a Motion and Affidavit of Default with the Court, with service upon Debtor, Debtor's attorney, and the Chapter 13 Trustee.

In the event an Order modifying the automatic stay is entered, the Trustee is to cease funding any arrearage claim filed by Movant. Any excess proceeds derived from a foreclosure sale by Movant shall be remitted to the Chapter 13 Trustee. At its option, Movant may contact the Debtor via telephone or written correspondence to offer, provide or enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout or loss mitigation agreement including a deed in lieu as allowed by state law. The entry of this order does not absolve the Debtor of the duty to file any

necessary pleadings, amendments, or plan modifications that may be required with regard to such a loan modification.

**[END OF DOCUMENT]**

PREPARED BY:

/s/ Andrea L. Betts
Andrea L. Betts
Georgia Bar # 432863
Robertson, Anschutz, Schneid, Crane
& Partners, PLLC
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
E-mail: abetts@raslg.com
ATTORNEY FOR MOVANT

CONSENTED TO:

/s/ Danielle J. Eliot *with express permission*
Danielle J. Eliot
Georgia Bar # 142243
Law Office of Danielle J. Eliot, PC
2470 Windy Hill Road SE, Suite 151
Marietta, GA 30067
Telephone: 770-672-6735
Facsimile: 770-726-9725

NO OPPOSITION:

/s/ Maria C. Joyner *with express permission*
Maria C. Joyner
Georgia Bar # 118350
Attorney for Chapter 13 Trustee
Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Truist Plaza Garden Offices
Atlanta, GA 30303
Telephone: 678-992-1201

# **DISTRIBUTION LIST**

Reginald Lawrence Christian
7812 Bell Tower Lane
Fairburn, GA 30213

Alisa King
7812 Bell Tower Lane
Fairburn, GA 30213

Danielle J. Eliot
Law Office of Danielle J. Eliot, PC
2470 Windy Hill Road SE, Suite 151
Marietta, GA 30067

Nancy J. Whaley
Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Truist Plaza Garden Offices
Atlanta, GA 30303

Eric W. Roach
Nancy J. Whaley, Standing Chapter 13 Trustee
303 Peachtree Center Ave., Suite 120
Atlanta, GA 30303